UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Wendy J. B.-I., | File No. 21-cv-238 (ECT/JFD) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Kilolo Kijakazi, *Acting Commissioner of Social Security*, | |
| Defendant. | |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on April 19, 2022. ECF No. 31. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 31] is **ACCEPTED**;

2. Plaintiff's Motion for Summary Judgment [ECF No. 26] is **DENIED**;

3. Defendant's Motion for Summary Judgment [ECF No. 29] is **GRANTED**; and

4. The decision of the Social Security Administration is **AFFIRMED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 5, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court